JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division
NATALIE K. WIGHT (ORSBN 35576)
Special Assistant United States Attorney
   450 Golden Gate Avenue, 11th Floor
   San Francisco, CA 94102
   Telephone: 415.436.6937
   Facsimile: 415.436.7234
   Email: natalie.wight@usdoj.gov

Attorneys for Plaintiff

JOSEPH D. ELFORD (CSBN 189934)
   1322 Webster Street, Suite 402
   Oakland, CA 94612
   Telephone: 415.573.7842
   Facsimile: 510.251.2036
   Email: joeelford@yahoo.com

Attorney for Claimant, Ciciriello

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> APPROXIMATELY $183,820 IN UNITED STATES CURRENCY AND $34,000 IN UNITED STATES CURRENCY, <br><br> Defendant. | **No.** 09-CV-3963-EMC <br><br> JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND [PROPOSED] ORDER TO RESCHEDULE CMC |

**I.**    **Jurisdiction**

This Court has jurisdiction pursuant to Title 28, United States Code, Sections 1345 and 1355; and Title 21, United States Code, Section 881.

**II.**    **Brief Case Description**

This is a civil forfeiture action. The government contends there is sufficient evidence to show the defendant currency was seized as money furnished or intended to be furnished by a

person in exchange for a controlled substance, or money traceable to such an exchange, or money used or intended to be used to facilitate a violation of Title 21, United States Code, Chapter 13, Subchapter I, and is thus subject to forfeiture.

Claimant, Gary Ciciriello, denies the claims made by the United States and asserts that the government has failed to state a claim upon which relief can be granted and that the property was seized in violation of Mr. Ciciriello's right to be free from unlawful searches and seizures.

### III. Service/Parties to the Action

All persons known to have an interest in the defendant property have been served, including Peter Flax, Carl Grimm, Gary Ciciriello and Mr. Ciciriello's attorney, Joseph Elford. Mr. Elford filed a verified claim and answer on behalf of Mr. Ciciriello on September 25, 2009, and October 15, 2009, respectively. To date, no other claims have been filed.

### IV. Principal Factual and Legal Issues

The principal factual and legal issues in dispute are: (1) whether claimant Gary Ciciriello can prove that the government failed to state a claim upon which relief can be granted or that the defendant property was seized in violation of claimant's right to be free from unlawful searches and seizures; and (2) whether the government can establish by a preponderance of the evidence that the defendant currency is money furnished or intended to be furnished by a person in exchange for a controlled substance, or money traceable to such an exchange, or money used or intended to be used to facilitate a drug violation of Title 21, United States Code, Chapter 13, Subchapter I.

### V. Anticipated Motions

The related criminal investigation of Mr. Ciciriello is on-going and being reviewed by local law enforcement and the local prosecutors's office; therefore, the parties recommend a 30-day continuance of the Case Management Conference. If the local authorities pursue prosecution of Mr. Ciciriello, the United States will file a 18 U.S.C. §981(g)(1) motion to stay federal civil forfeiture proceedings. Additionally, the government may file a motion to dismiss the claimant's §1983 counter-claim as improperly brought in this in rem forfeiture action.

**VI.  Relief/Damages**

The government seeks a judgment of forfeiture of the defendant currency. Claimant seeks return of the defendant currency, interest, attorney's fees, damages and attorney's fees for 42 U.S.C. §1983 violations, and other such relief that is just and equitable.

**VII.  Settlement**

The parties have briefly discussed settlement but no settlement has been reached at this time.

**VIII.  Discovery**

Both parties anticipate to propound discovery in this case (interrogatories, document requests and depositions); however, the discovery time line will be determined by the Court and the possible request for a stay pending the results of the open criminal investigation of claimant Ciciriello.

**IX.  Alternative Means of Disposition**

At this time the parties do not request reference to arbitration or to a United States Magistrate Judge for trial.

**X.  Pretrial/Trial Issues**

At this time the parties have not yet discussed any trial issues.

**XI.  Class Action**

This is not a class action.

**XII.  Related Cases**

At this time no related cases have been filed.


DATED: February 24, 2010            _____/S/_____
                                    NATALIE K. WIGHT
                                    Special Assistant United States Attorney

DATED: February 24, 2010            _____/S/_____
                                    JOSEPH D. ELFORD
                                    Attorney for Claimant Gary Ciciriello

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties in the Joint CMC Statement and for good cause shown, the Case Management Conference currently scheduled for Wednesday, March 3, 2010, at 2:30 p.m., is hereby vacated, and is continued until ___4/21/10 at 2:30 p.m.  A joint cmc statement shall be filed by 4/14/10.___.

IT IS SO ORDERED.

Dated:___3/1/2010_____

_____
HONORABLE EDWARD M. CHEN
United States Magistrate Judge



JOINT CMC STATEMENT
C 09-3963-EMC

4