JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division
NATALIE K. WIGHT (ORSBN 35576)
Special Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, CA 94102
    Telephone: 415.436.6937
    Facsimile: 415.436.7234
    Email: natalie.wight@usdoj.gov

Attorneys for United States of America

JOSEPH D. ELFORD (CSBN 189934)
    1322 Webster Street, Suite 402
    Oakland, CA 94612
    Telephone: 415.573.7842
    Facsimile: 510.251.2036
    Email: joeelford@yahoo.com

Attorney for Claimant, Ciciriello

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>APPROXIMATELY $118,820 IN UNITED )<br>STATES CURRENCY AND $34,000 IN )<br>UNITED STATES CURRENCY, )<br>)<br>Defendants, )<br>_____ ) | 09-CV-03963-EMC<br><br>**[PROPOSED] ORDER**<br>**STAYING FORFEITURE PROCEEDING**<br>**PURSUANT TO 18 U.S.C. § 981(g)** |

    UPON CONSIDERATION of the Joint Stipulation to Stay Forfeiture Proceeding, the entire record, and for good cause shown, it is by the Court

    ORDERED that the instant case be, and hereby is, STAYED, pursuant to

//

1  18 U.S.C. § 981(g).  The parties will submit a Joint Status Report to the Court within 14 days
2  following the resolution of the criminal proceedings, or by _____8/25/10_____,
3  ~~which ever comes first.~~   A further CMC is set for 9/1/10 at 1:30 p.m.
4
5  IT IS SO ORDERED.
6
7        4/20/10
8  _____           _____
   DATED                            HONORABLE EDWARD M. CHEN
                                    United States District Judge

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

Order to Stay Forfeiture Proceeding
No. CV 09-CV-03963-EMC                 2