MELINDA HAAG (CSBN 132612)
United States Attorney
BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division
NATALIE K. WIGHT (ORSBN 35576)
Special Assistant United States Attorney

 450 Golden Gate Avenue, 11th Floor
 San Francisco, CA 94102
 Telephone: 415.436.6937
 Facsimile: 415.436.7234
 Email: natalie.wight@usdoj.gov

Attorneys for United States of America

JOSEPH D. ELFORD (CSBN 189934)

 1322 Webster Street, Suite 402
 Oakland, CA 94612
 Telephone: 415.573.7842
 Facsimile: 510.251.2036
 Email: joeelford@yahoo.com

Attorney for Claimant, Ciciriello

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>      Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> APPROXIMATELY $118,820 IN UNITED ) <br> STATES CURRENCY AND $34,000 IN ) <br> UNITED STATES CURRENCY, ) <br> ) <br>      Defendants, ) <br> ) <br> Gary Ciciriello ) <br> ) <br>      Claimant, ) <br> ) | 09-CV-03963-EMC <br><br> JOINT STATUS REPORT AND [PROPOSED] ORDER TO CONTINUE STAY AND RESCHEDULE CMC |

  The plaintiff United States of America and claimant Gary Ciciriello, through undersigned counsel, hereby request to continue the Stay of the civil forfeiture proceedings, as ordered by the Court on April 20, 2010. The related criminal action, <u>California v. Gary Ciciriello</u>, Docket

1  Number 10007444 (Superior Court of San Francisco County), is still pending.  Accordingly, the
2  parties request that the Court vacate the Case Management Conference currently scheduled for
3  September 29, 2010, at 1:30 p.m., and reschedule the Case Management Conference for
4  December 15, 2010, at 1:30 p.m. or as soon thereafter as the matter may be heard by the Court.

6  IT IS SO STIPULATED.                              MELINDA HAAG
                                                     United States Attorney

8  Dated: September 13, 2010                         _____/S/_____
9                                                    NATALIE K. WIGHT
                                                     Special Assistant United States Attorney

11 Dated: September 13, 2010                         _____/S/_____
                                                     JOSEPH D. ELFORD
12                                                   Attorney for Claimant, Gary Ciciriello

14                            **[PROPOSED] ORDER**

15     Pursuant to the Stipulation between the parties and for good cause shown, the Case
16 Management Conference scheduled for Wednesday September 29, 2010, is hereby vacated.  The
17 Case Management Conference will be  rescheduled for____ Decembet 15, 2010 at 1:30 p.m.   ___;
18 with a Joint Status Report due to the Court by __December 8, 2010_____.

20 IT IS SO ORDERED.

21     September 15, 2010
22 _____                                    IT IS SO ORDERED
   DATED                                             AS MODIFIED
23                                                   THE HONORABLE EDWARD M. CHEN
                                                     United States Magistrate Judge
                                                     Judge Edward M. Chen

Joint Status Report and Stipulation to Continue Stay
No. CV 09-CV-03963-EMC                              2