MELINDA HAAG (CSBN 132612)
United States Attorney
J. DOUGLAS WILSON (DCBN 412811)
Acting Criminal Chief
NATALIE K. WIGHT (ORBN 35576)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, CA 94102
    Telephone: 415.436.6937
    Facsimile: 415.436.7234
    Email: natalie.wight@usdoj.gov

Attorneys for United States of America

JOSEPH D. ELFORD (CSBN 189934)

    1322 Webster Street, Suite 402
    Oakland, CA 94612
    Telephone: 415.573.7842
    Facsimile: 510.251.2036
    Email: joeelford@yahoo.com

Attorney for Claimant, Ciciriello

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $118,820 IN UNITED STATES CURRENCY AND $34,000 IN UNITED STATES CURRENCY,<br><br>            Defendants,<br><br>Gary Ciciriello<br><br>            Claimant, | 09-CV-03963-EMC<br><br>JOINT STATUS REPORT AND [~~PROPO~~SED] ORDER TO CONTINUE STAY AND RESCHEDULE CMC |

      The plaintiff United States of America and claimant Gary Ciciriello, through undersigned counsel, hereby request to continue the Stay of the civil forfeiture proceedings, as ordered by the Court on April 20, 2010.  The related criminal action, <u>California v. Gary Ciciriello</u>, Docket

1  Number 10007444 (Superior Court of San Francisco County), is still pending.  Accordingly, the
2  parties request that the Court vacate the Case Management Conference currently scheduled for
3  December 15, 2010, at 1:30 p.m., and reschedule the Case Management Conference for
4  March 16, 2011, at 1:30 p.m. or as soon thereafter as the matter may be heard by the Court.

6  IT IS SO STIPULATED.                              MELINDA HAAG
                                                     United States Attorney

8  Dated: December 6, 2010                                    /S/
9                                                    NATALIE K. WIGHT
                                                     Assistant United States Attorney

11 Dated: December 6, 2010                                    /S/
                                                     JOSEPH D. ELFORD
12                                                   Attorney for Claimant, Gary Ciciriello

### [PROPOSED] ORDER

Pursuant to the Stipulation between the parties and for good cause shown, the Case Management Conference scheduled for Wednesday December 15, 2010, is hereby vacated.  The Case Management Conference is rescheduled for __March 23, 2011 at 1:30 p.m.__; with a Joint Status Report due to the Court by __March 16, 2011__.

IT IS SO ORDERED.

    December 14, 2010
_____
DATED                                    THE HONORABLE EDWARD M. CHEN
                                         United States Magistrate Judge

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen

Joint Status Report and [Proposed] Order to Continue Stay
No. CV 09-CV-03963-EMC                    2