MELINDA HAAG (CSBN 132612)
United States Attorney
MIRANDA KANE (CSBN 150630)
Chief, Criminal Division
NATALIE WIGHT (ORBN 35576)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, CA 94102
    Telephone: 415.436.6937
    Facsimile: 415.436.7234
    Email: natalie.wight@usdoj.gov

Attorneys for United States of America

JOSEPH D. ELFORD (CSBN 189934)

    1322 Webster Street, Suite 402
    Oakland, CA 94612
    Telephone: 415.573.7842
    Facsimile: 510.251.2036
    Email: joeelford@yahoo.com

Attorney for Claimant, Ciciriello

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $118,820 IN UNITED STATES CURRENCY AND $34,000 IN UNITED STATES CURRENCY,<br><br>            Defendants,<br><br>Gary Ciciriello<br><br>            Claimant, | 09-CV-03963-EMC<br><br>JOINT STATUS REPORT AND [PROPOSED] ORDER TO CONTINUE STAY AND RESCHEDULE CMC |

       The plaintiff United States of America and claimant Gary Ciciriello, through undersigned counsel, hereby request to continue the Stay of the civil forfeiture proceedings, as ordered by the Court on April 20, 2010. The related criminal action, <u>California v. Gary Ciciriello</u>, Docket

1  Number 10007444 (Superior Court of San Francisco County), is still pending with a trial date set
2  for May 6, 2011.  Accordingly, the parties request that the Court vacate the Case Management
3  Conference currently scheduled for March 16, 2011, at 1:30 p.m., and reschedule the Case
4  Management Conference for May 25, 2011, at 1:30 p.m. or as soon thereafter as the matter may
5  be heard by the Court.

7  IT IS SO STIPULATED.                                    MELINDA HAAG
                                                           United States Attorney

9  Dated: March 14, 2011                                   _____/S/_____
10                                                         NATALIE K. WIGHT
                                                           Assistant United States Attorney

12 Dated: March 14, 2011                                   _____/S/_____
                                                           JOSEPH D. ELFORD
13                                                         Attorney for Claimant, Gary Ciciriello

**[PROP̶O̶S̶E̶D̶] ORDER**

   Pursuant to the Stipulation between the parties and for good cause shown, the Case
Management Conference scheduled for Wednesday March 16, 2011, is hereby vacated.  The
Case Management Conference is rescheduled for ~~June 1, 2011 at 1:30 p.m.~~ May 25, 2011
with a Joint Status Report due to the Court by _____.

21 IT IS SO ORDERED.

     3/16/11
   _____                                              _____
   DATED                                                   THE HON. EDWARD M. CHEN
                                                           United States District Judge

*[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen]*

Joint Status Report and [Proposed] Order to Continue Stay
No. CV 09-CV-03963-EMC                    2