MELINDA HAAG (CSBN 132612)
United States Attorney
MIRANDA KANE (CSBN 150630)
Chief, Criminal Division
NATALIE WIGHT (ORBN 35576)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, CA 94102
    Telephone: 415.436.6937
    Facsimile: 415.436.7234
    Email: natalie.wight@usdoj.gov

Attorneys for United States of America

JOSEPH D. ELFORD (CSBN 189934)

    1322 Webster Street, Suite 402
    Oakland, CA 94612
    Telephone: 415.573.7842
    Facsimile: 510.251.2036
    Email: joeelford@yahoo.com

Attorney for Claimant, Ciciriello

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) | 09-CV-03963-EMC |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| APPROXIMATELY $118,820 IN UNITED STATES CURRENCY AND $34,000 IN UNITED STATES CURRENCY, | ) ) ) ) | JOINT STATUS REPORT AND [PR~~OPOSE~~D] ORDER TO CONTINUE STAY AND RESCHEDULE CMC |
| Defendants, | ) ) | |
| Gary Ciciriello | ) ) | |
| Claimant, | ) ) | |

      The plaintiff United States of America and claimant Gary Ciciriello, through undersigned counsel, hereby request to continue the Stay of the civil forfeiture proceedings, as ordered by the Court on April 20, 2010. The related criminal action, <u>California v. Gary Ciciriello</u>, Docket

Number 10007444 (Superior Court of San Francisco County), is now pending a sentencing hearing set for late November 2011.  Additionally, the claimant was indicted in LaSalle County, Illinois, on August 3, 2010, on one count of unlawful possession of cannabis with intent to deliver, and has upcoming criminal proceedings scheduled for early August 2011.  Accordingly, the parties request that the Court vacate the Case Management Conference currently scheduled for June 1, 2011, at 1:30 p.m., and reschedule the Case Management Conference for September 7, 2011, at 1:30 p.m. or as soon thereafter as the matter may be heard by the Court.  In the interim, the parties will discuss the possibility of a settlement to resolve this case.

IT IS SO STIPULATED.                          MELINDA HAAG
                                              United States Attorney

Dated: May 25, 2011                           /S/
                                              NATALIE K. WIGHT
                                              Assistant United States Attorney

Dated: May 25, 2011                           /S/
                                              JOSEPH D. ELFORD
                                              Attorney for Claimant, Gary Ciciriello

# [PROPOSED] ORDER

Pursuant to the Stipulation between the parties and for good cause shown, the Case Management Conference scheduled for Wednesday June 1, 2011, is hereby vacated.  The Case Management Conference is rescheduled for September 9, 2011 at 9:00 a.m. in Courtroom 5, 17th Fl. with a Joint Status Report due to the Court by September 2, 2011.

IT IS SO ORDERED.

May 27, 2011
DATED                                         THE HON. EDWARD M. CHEN
                                              United States District Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

Joint Status Report and [Proposed] Order to Continue Stay
No. CV 09-CV-03963-EMC                        2