MELINDA HAAG (CSBN 132612)
United States Attorney
MIRANDA KANE (CSBN 150630)
Chief, Criminal Division
NATALIE WIGHT (ORBN 35576)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, CA 94102
    Telephone: 415.436.6937
    Facsimile: 415.436.7234
    Email: natalie.wight@usdoj.gov

Attorneys for United States of America

JOSEPH D. ELFORD (CSBN 189934)

    1322 Webster Street, Suite 402
    Oakland, CA 94612
    Telephone: 415.573.7842
    Facsimile: 510.251.2036
    Email: joeelford@yahoo.com

Attorney for Claimant, Ciciriello

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $118,820 IN UNITED STATES CURRENCY AND $34,000 IN UNITED STATES CURRENCY,<br><br>                Defendants,<br><br>Gary Ciciriello<br><br>                Claimant, | 09-CV-03963-EMC<br><br>JOINT STATUS REPORT AND [~~PROPOS~~ED] ORDER TO CONTINUE STAY AND RESCHEDULE CMC |

       The plaintiff United States of America and claimant Gary Ciciriello, through undersigned counsel, hereby request to continue the Stay of the civil forfeiture proceedings, as ordered by the Court on April 20, 2010. The related criminal action, <u>California v. Gary Ciciriello</u>, Docket

1  Number 10007444 (Superior Court of San Francisco County), is now pending a sentencing
2  hearing that has been continued to late February 2012.  Additionally, the claimant was indicted in
3  LaSalle County, Illinois, on August 3, 2010, on one count of unlawful possession of cannabis
4  with intent to deliver, and has upcoming criminal proceedings scheduled for December 2011.
5  Accordingly, the parties request that the Court vacate the Case Management Conference
6  scheduled for December 16, 2011, at 9:00 a.m., and reschedule the Case Management
7  Conference for March 2, 2012, at 9:00 a.m. or as soon thereafter as the matter may be heard by
8  the Court.  In the interim, the parties will discuss the possibility of a settlement to resolve this
9  case.

10 IT IS SO STIPULATED.                           MELINDA HAAG
                                                United States Attorney

12 Dated: December 2, 2011                              /S/
                                                NATALIE K. WIGHT
13                                              Assistant United States Attorney

14 Dated: December 2, 2011                              /S/
                                                JOSEPH D. ELFORD
15                                              Attorney for Claimant, Gary Ciciriello

17                              [PROPOSED] ORDER

18     Pursuant to the Stipulation between the parties and for good cause shown, the Case
19 Management Conference scheduled for Friday December 16, 2011, is hereby vacated.  The Case
20 Management Conference is rescheduled for _____March 2, 2012 at 9:00 a.m._____;
21 with a Joint Status Report due to the Court by _____February 24, 2012_____.

23 IT IS SO ORDERED.

25  12/9/11
26 DATED                                         THE HONORABLE EDWARD M. CHEN
                                                United States District Judge

IT IS SO ORDERED.
Judge Edward M. Chen

Joint Status Report and [Proposed] Order to Continue Stay
No. CV 09-CV-03963-EMC                          2