MELINDA HAAG (CSBN 132612)
United States Attorney
MIRANDA KANE (CSBN 150630)
Chief, Criminal Division
NATALIE WIGHT (ORBN 35576)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, CA 94102
    Telephone: 415.436.6937
    Facsimile: 415.436.7234
    Email: natalie.wight@usdoj.gov

Attorneys for United States of America

JOSEPH D. ELFORD (CSBN 189934)

    1322 Webster Street, Suite 402
    Oakland, CA 94612
    Telephone: 415.573.7842
    Facsimile: 510.251.2036
    Email: joeelford@yahoo.com

Attorney for Claimant, Ciciriello

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 09-CV-03963-EMC |
|             Plaintiff, | ) | |
| v. | ) | |
| APPROXIMATELY $118,820 IN UNITED STATES CURRENCY AND $34,000 IN UNITED STATES CURRENCY, | ) ) ) | JOINT STATUS REPORT AND [PROPOSED] ORDER TO VACATE CMC |
|             Defendants, | ) | |
| Gary Ciciriello | ) | |
|             Claimant, | ) | |

      On February 21, 2012, the plaintiff United States of America and claimant Gary Ciciriello, through undersigned counsel, jointly filed a Settlement Agreement and Proposed Order for Forfeiture and Motion to Dismiss with the Court. Accordingly, the parties respectfully

request that the Court grant the pending Motion to Dismiss and Order of Forfeiture, and vacate the Case Management Conference scheduled for March 2, 2012, at 9:00 a.m.

IT IS SO STIPULATED.

MELINDA HAAG
United States Attorney

Dated: February 23, 2012

           /S
NATALIE K. WIGHT
Assistant United States Attorney

Dated: February 23, 2012

           /S
JOSEPH D. ELFORD
Attorney for Claimant, Gary Ciciriello

### [PROPOSED] ORDER

Pursuant to the Stipulation between the parties and for good cause shown, the Case Management Conference scheduled for Friday, March 2, 2012, is hereby vacated.

IT IS SO ORDERED.

   2/24/12
DATED

THE HONORABLE EDWARD M. CHEN
United States District Judge

IT IS SO ORDERED
Judge Edward M. Chen

Joint Status Report and [Proposed] Order to Vacate CMC
No. CV 09-CV-03963-EMC                    2